IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MILTON TOMMY WATTERS, SR. | : |
| v. | : CIVIL ACTION NO. JFM-98-1373 |
| IRON SKILLET RESTAURANT | : |

..oOo..

**O R D E R**

On July 30, 1998 a Memorandum Order was entered granting the defendant's motion to dismiss and dismissing the action. (Paper No. 9.) Almost nineteen (19) months later, on February 15, 2000, plaintiff filed a letter with this Court asking that his case be reopened. (Paper No. 10.) Watters claims he was late in filing his request because of his confinement at the Patuxent Institution.[1] (*Id.*) However, upon due consideration, I find plaintiff's motion to reopen to be untimely and without merit. The motion shall be denied.

IT IS this _24_ day of February, 2000 ORDERED that:

1.  Plaintiff's motion to reopen (Paper No. 10) IS DENIED.

_____
J. Frederick Motz
United States District Judge

---

[1] Attached to the request is an amended written finding of the Maryland Commission on Human Relations from December 1999. (Paper No. 10 at Attachment.)